

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00362-CV

**IN RE GUARDIANSHIP OF** Terry L. **GILMER**, Proposed Ward

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-070-PR
Honorable Bill R. Palmer, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order dismissing the appellants' application to create a guardianship is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellants recover their costs of this appeal from the appellee.

SIGNED June 10, 2015.

_____
Patricia O. Alvarez, Justice